# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ORO BRC4, LLC,**

    **Plaintiff,**

    v.

                        **Civil Action 2:19-cv-4907**
                        **Chief Judge Algenon L. Marbley**
                        **Magistrate Judge Elizabeth P. Deavers**

**SILVERTREE APARTMENTS,** *et al.***,**

    **Defendants.**

---

**ORO CAPITAL ADVISORS, LLC,** *et al.***,**

    **Plaintiffs,**

    v.

                        **Civil Action 2:19-cv-5087**
                        **Chief Judge Algenon L. Marbley**
                        **Magistrate Judge Elizabeth P. Deavers**

**BORROR CONSTRUCTION CO., LLC,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of Defendants' Motion for Leave to File Opposition to Plaintiffs' Fee Submission. (Case No. 2:19-cv-4907, ECF No. 114; Case No. 2:19-cv-5087, ECF No. 183.)[1] Defendants request permission to either file their Opposition to Plaintiffs' submission of time and expense reports under seal or for leave of Court to file their Opposition on the public docket. (*Id.*)

---

[1] The Court will enter this Order in each case, but for ease of reference will only cite to the filings on the Case No. 2:19-cv-4907 docket.

For the reasons set forth in the Court's April 5, 2022 Order, ECF No. 108, Defendants' Motion is **GRANTED**.  Defendants are hereby **GRANTED LEAVE TO FILE UNDER SEAL** their Opposition to Plaintiffs' submission of time and expense reports.

**IT IS SO ORDERED**.

**Date: May 19, 2022**  /s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**